**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Brian Crabtree,                                      Civ. No. 25-2064 (JWB/EMB)

Plaintiff,

v.                                                        **ORDER ACCEPTING**
                                                   **REPORT AND RECOMMENDATION**
Jail Administrators, Becker County, "Nurse                 **OF MAGISTRATE JUDGE**
Tammy," "Barb," and Advanced
Correctional Health Care,

Defendants.

---

United States Magistrate Judge Elsa M. Bullard issued a Report and

Recommendation ("R&R") on January 6, 2026. (Doc. No. 21.) No objections have been

filed to that R&R in the time permitted. Absent timely objections, the R&R is reviewed

for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir.

1996). Having reviewed the R&R, no clear error is found.

Based on the R&R of the Magistrate Judge, and on all the files, records, and

proceedings in this case, **IT IS HEREBY ORDERED** that:

1.    The January 6, 2026 Report and Recommendation (Doc. No. 21) is
      **ACCEPTED**;

2.    Plaintiff Brian Crabtree's Complaint (Doc. No. 1) is **DISMISSED**
      **WITHOUT PREJUDICE**; and

3.    Plaintiff's Applications to Proceed *In Forma Pauperis* (Doc. Nos. 2, 12) are
      **DENIED** as moot.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: February 25, 2026                          *s/ Jerry W. Blackwell*
                                                 JERRY W. BLACKWELL
                                                 United States District Judge